The Honorable David G Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON – UNIVERSITY OF WASHINGTON TACOMA ("UWT"), a state educational institute; VERN HARNER, officially and individually; CLAUDIA SELLMAIER, officially and individually; ANDREA HILL, officially and individually; KEVA MILLER, officially and individually; and ELAVIE NDURA, officially and individually,<br><br>Defendants. | CASE NO.  3:25-cv-05079-DGE<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ANSWER OR MOTION** |

Defendants University of Washington, Vern Harner, Claudia Sellmaier, Andrea Hill, Keva Miller ("Defendants"), and Plaintiff Claudia Arias ("Plaintiff"), jointly move this Court without oral argument for an Order granting an extension of time for the above-referenced Defendants to file answers to the complaint or motion(s) to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) to February 28, 2025.

Pursuant to Fed. R. Civ. P. 6(b) the Court may for good cause extend deadlines.  Good cause exists here. This action was filed in state court on January 13, 2025. Defendants removed to Federal Court on February 3, 2025. Defendants' counsel in this action was retained on January 16, 2025.

STIPULATED MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT BY ANSWER OR MOTION - 1
CASE NO. 3:25-cv-05079-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

1  Defendants' lead counsel was out of the country on a pre-planned trip from January 23 to February 4.
2  Defendants Harner and Hill recently agreed to accept service of process through counsel. Given
3  these circumstances and the number of Defendants and claims asserted in this action, additional time
4  is warranted to allow the Defendants to prepare their answers to the complaint or motion(s) to
5  dismiss pursuant Fed. R. Civ. P. 12(b)(6). This extension will not prejudice the parties or unduly
6  delay the case. As such, good cause exists for extending the time Defendants have to file their
7  answers or motion(s) to dismiss to February 28, 2025.

9  DATED this 6th day of February, 2025.

| III BRANCHES LAW, PLLC | SUMMIT LAW GROUP, PLLC |
|---|---|
| Attorneys for Plaintiff Claudia Arias | Attorneys for University of Washington Tacoma, Vern Harner, Claudia Sellmaier, Andrea Hill, and Keva Miller |
| By *s/ Joan K. Mell (with permission)* | |
| Joan K. Mell, WSBA No. 21319 | By *s/ Seth J. Berntsen* |
| 1019 Regents Blvd, Suite 204 | Seth J. Berntsen, WSBA No. 30379 |
| Fircrest, WA 98466 | Rebecca R. Singleton, WSBA No. 57719 |
| (253) 566-2510 | sethb@summitlaw.com |
| joan@3brancheslaw.com | rebeccas@summitlaw.com |

STIPULATED MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT BY ANSWER OR MOTION - 2
CASE NO. 3:25-cv-05079-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

**ORDER**

Pursuant to the parties' above stipulation, and good cause having been shown, the deadline for Defendants University of Washington, Vern Harner, Claudia Sellmaier, Andrea Hill, and Keva Miller to answer the complaint or file motion(s) to dismiss is hereby extended to February 28, 2025.

DATED this _____ day of February, 2025.

_____
THE HONORABLE DAVID G ESTUDILLO
United States District Court Judge

Respectfully submitted:

| | |
|---|---|
| III BRANCHES LAW, PLLC<br>Attorneys for Plaintiff Claudia Arias<br><br>By *s/ Joan K. Mell (with permission)*<br>Joan K. Mell, WSBA No. 21319<br>1019 Regents Blvd, Suite 204<br>Fircrest, WA 98466<br>(253) 566-2510<br>joan@3brancheslaw.com | SUMMIT LAW GROUP, PLLC<br>Attorneys for University of Washington Tacoma, Vern Harner, Claudia Sellmaier, Andrea Hill, and Keva Miller<br><br>By *s/ Seth J. Berntsen*<br>Seth J. Berntsen, WSBA No. 30379<br>Rebecca R. Singleton, WSBA No. 57719<br>sethb@summitlaw.com<br>rebeccas@summitlaw.com |

STIPULATED MOTION TO EXTEND TIME TO RESPOND
TO COMPLAINT BY ANSWER OR MOTION - 3
CASE NO. 3:25-cv-05079-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001