UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>      Plaintiff,<br>  v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>      Defendant. | CASE NO. 3:25-cv-05079-DGE<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO SEAL (DKT. NO. 9) |

  This matter comes before the Court on Defendants' motion to seal "Exhibit B attached to the Notice of Removal." (Dkt. No. 9) (seeking to seal Dkt. No. 1-3.) Defendants contend "Exhibit B was inadvertently attached to the Notice of Removal and contains exchanges protected by attorney-client privilege, work-product doctrine, and information privileged under RCW 4.92.210(2)." (*Id.* at 1.) Upon realizing their mistake, defense counsel contacted the Clerk's Office. (*Id.*) The Clerk's Office temporarily sealed the document and advised Defendants to file a separate motion to permanently seal the document. (*Id.*) On February 11,

2025, Defendants filed the present motion to seal.  (Dkt. No. 9).  Local Civil Rule 5(g)(3) requires,

> (3) A motion to seal a document, even if it is a stipulated motion, must include the following:
>
> > A) A certification that the party has met and conferred with all other parties in an attempt to reach an agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal; this certification must list the date, manner, and participants of the conference
> >
> > (B) A specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of:
> >
> > > i. the legitimate private or public interests that warrant the relief sought;
> > > ii. the injury that will result of the relief sought is not granted; and
> > > iii. why a less restrictive alternative to the relief sought is not sufficient

Defendants' motion does not comply with Local Civil Rule 5(g)(3) as it fails to include the required certification.  (*See generally* Dkt. No. 9.)  Accordingly, the Court denies without prejudice Defendants' motion to seal for failure to comply with Local Civil Rule 5(g)(3). Defendants are directed to file a renewed motion to seal that complies with Local Civil Rule 5(g)(3) no later than March 24, 2025, otherwise the document shall be unsealed.

Dated this 10th day of March, 2025.

David G. Estudillo
United States District Judge