THE HONORABLE DAVID G. ESTUDILLO
Trial Date: July 13, 2026

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAUDIA ARIAS, an individual,<br><br>                 Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON – UNIVERSITY OF WASHINGTON TACOMA ("UWT"), a state educational institute; VERN HARNER, officially and individually; CLAUDIA SELLMAIER, officially and individually; ANDREA HILL, officially and individually; KEVA MILLER, officially and individually; and ELAVIE NDURA, officially and individually,<br><br>                 Defendants. | No. 3:25-cv-05079-DGE<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT ELAVIE NDURA<br><br>[CLERK'S ACTION REQUIRED]<br><br>NOTED FOR: March 19, 2025 |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Claudia Arias and Defendant Elavie Ndura that all of Plaintiff's claims against Elavie Ndura may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party. This Stipulation does not affect Plaintiff's claims against the remaining Defendants.

STIPULATION FOR AND ORDER OF DISMISSAL OF
DEFENDANT ELAVIE NDURA - 1
3:25-cv-05079-DGE

1010-00096/Arias v. UW Tacoma Stip Order for Dismissal re Def. Ndura.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated: March 19, 2025        III BRANCHES LAW, PLLC

*/s/ Joan K. Mell (signed w. email permission)*
Joan K. Mell, WSBA #21319
Attorney for Claudia Arias

Dated: March 19, 2025        KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Brian C. Augenthaler*
Brian C. Augenthaler, WSBA #44022
Attorney for Defendant Elavie Ndura

Dated: March 19, 2025        SUMMIT LAW GROUP, PLLC

*/s/ Rebecca R. Singleton (signed w.email permission)*
Seth J. Berntsen, WSBA #30379
Rebecca R. Singleton, WSBA #57719
Attorneys for University of Washington Tacoma, Vern Harner, Claudia Sellmaier, Andrea Hil, and Keva Miller

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant Elavie Ndura are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party. The Clerk is hereby directed to dismiss Elavie Ndura as a party to this action.

DATED this 21st day of March, 2025.

David G. Estudillo
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT ELAVIE NDURA - 2
3:25-cv-05079-DGE
1010-00096/Arias v. UW Tacoma Stip Order for Dismissal re Def. Ndura.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423