1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

CLAUDIA ARIAS,

CASE NO. 3:25-cv-05079-DGE

12

                Plaintiff,

v.

ORDER GRANTING MOTION TO
SEAL

13

UNIVERSITY OF WASHINGTON
TACOMA et al.,

14

15

                Defendant.

16

       This matter is before the Court on Defendants' renewed motion to seal an exhibit

17

attached to Defendants Notice of Removal.  (Dkt. No. 17; *see also* Dkt. Nos. 9, 14.)  Defendants

18

contend they inadvertently attached an unredacted copy of an email between defense counsel

19

discussing this matter, which Defendants assert is a privileged communication.  (Dkt. No. 17 at

20

2–3.)  Plaintiff did not respond to Defendants' motion to seal.

21

       "There is a strong presumption of public access to the court's files."  LCR5(g).  However,

22

the presumption "is not absolute and can be overridden given sufficiently compelling reasons for

23

doing so."  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  In

24

ORDER GRANTING MOTION TO SEAL - 1

1  making such determination, courts consider the "public interest in understanding the judicial

2  process and whether disclosure of the material could result in improper use of the material for

3  scandalous or libelous purposes or infringement upon trade secrets." *Hagestad v. Tragesser*, 49

4  F.3d 1430, 1434 (9th Cir. 1995); *Foltz*, 331 F.3d at 1135. "The public interest in accessing the

5  courts does not outweigh the compelling need to honor the attorney-client privilege." *Specialty*

6  *Surplus Ins. Co. v. Lexington Ins. Co.*, No. C06-5246 RJB, 2007 WL 2404703, at *18 (W.D.

7  Wash. Aug. 17, 2007).

8      Here, Defendants ask the Court to seal Dkt. No. 1-3 because the emails therein contain

9  privileged and confidential information. (Dkt. No. 17 at 4.) The email thread contains emails

10  between Dr. Ndura's counsel and defense counsel, and individual defendant Keva Miller and her

11  counsel. (Dkt. No. 1-3.) These emails appear to be confidential and the Court will deem them to

12  be privileged communication between counsel and their clients prepared in anticipation of

13  litigation. Weighing Defendants' interests against the public interest in disclosure, the Court

14  determines that Defendants have demonstrated a compelling reason to protect the emails

15  contained in Dkt. No. 1-3 from disclosure. *See Specialty Surplus Ins. Co.*, 2007 WL 2404703, at

16  *18.

17      Thus, having considered the motion, the rest of the file, and the governing law, the Court

18  GRANTS the motion to seal. The Court DIRECTS the Clerk to seal Dkt. No. 1-3.

19      Dated this 22nd day of April, 2025.

20

21

22          David G. Estudillo
            United States District Judge

23

24

ORDER GRANTING MOTION TO SEAL - 2