UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>                     Plaintiff,<br>   v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>                   Defendants. | CASE NO. 3:25-cv-05079-DGE<br><br>MINUTE ORDER REGARDING DISCOVERY |

      The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

      The Parties submitted a Joint Discovery Dispute (Dkt. No. 40) and the Court held a discovery dispute hearing on October 10, 2025. Pursuant to the Court's oral ruling at the hearing:

1. Absent any valid objections by students, Defendants shall produce in full the following from Professor Harner's Spring 2023 Cultural Diversity and Social Justice (TWOCWF 404) course: (1) handwritten "Mid Quarter Check In" responses, (2) typed copies of

MINUTE ORDER REGARDING DISCOVERY - 1

handwritten "Mid Quarter Check In" responses, and (3) course summary reports including both numeric and narrative responses.  Separate from this minute order, the Court will issue an order outlining the procedure the Defendants shall utilize to notify the students about how file an objection to the disclosure of these documents.

2. Plaintiff's request for telephone and text logs from all individual defendants from April 26, 2023 to January 1, 2024 and June 25, 2024 to February 1, 2025 is not proportional to the needs of this case.  Defendants are not required to produce any telephone or text logs.

Dated this 14th day of October, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER REGARDING DISCOVERY - 2