UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>             Plaintiff,<br>     v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>             Defendants. | CASE NO. 3:25-cv-05079-DGE<br><br>ORDER ON ACCESSING EDUCATIONAL RECORDS |

      Plaintiff seeks access to all the following for Professor Vern Harner's Spring 2023 Cultural Diversity and Social Justice (TSOCWF 404 A) course: (1) handwritten copies of all students' "Mid Quarter Check In" responses, (2) typed versions of each students' handwritten response, and (3) Course Summary Report responses from each student including (a) numeric and (b) narrative responses.  Before the Court will authorize full disclosure of all documents responsive to this request, the Court will require affected third party individuals to be served with notice and an opportunity to object.

      The Court HEREBY ORDERS that:

ORDER ON ACCESSING EDUCATIONAL RECORDS - 1

- The University of Washington Tacoma SHALL send notice to all third-party individuals enrolled in Professor Harner's Spring 2023 Cultural Diversity and Social Justice course their responses are subject to discovery in this matter.
- The notice SHALL provide all third-party individuals with the contact information of Defendant's counsel in the event they wish to object to the discovery of their information.
- The notice SHALL inform all third-party individuals they have until **November 10, 2025** to file an objection with Defendant's counsel.  Objections should sufficiently identify which portion or portions of the discoverable information the third-party individual is seeking to redact and give sufficient information to identify which response is their response.
- Counsel for the University of Washington Tacoma SHALL collect any objections and responses from the third parties and submit them to the Court by **November 14, 2025**.  Any objections shall be filed for in camera review.  Defendants shall also provide Plaintiff with a copy of redacted objections.
- Plaintiff SHALL file any reply to the objections by **November 21, 2025**.
- The Parties SHALL confirm a copy of this Order was served on all affected third parties.

The Clerk shall calendar these events.

Dated this 14th day of October, 2025.

David G. Estudillo
United States District Judge

ORDER ON ACCESSING EDUCATIONAL RECORDS - 2