UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>                Plaintiff,<br>    v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>                Defendants. | CASE NO. 3:25-cv-05079-DGE<br><br>ORDER AUTHORIZING DISCLOSURE OF THIRD-PARTY STUDENT EVALUATIONS |

On October 2, 2025, the Parties filed a joint discovery dispute statement discussing, among other things, whether students' mid-quarter check-in responses and course summary reports were discoverable. (Dkt. No. 40.) On October 14, 2025, the Court ordered Defendants provide notice to all third-party students whose data was subject to discovery. (Dkt. No. 44.) The students had until November 10, 2025 to file objections that "sufficiently identify which portion or portions of the discoverable information the third-party individual is seeking to redact and give sufficient information to identify which response is their response." (*Id*.) Defendants' counsel was instructed to compile any objections and submit them for in camera review by

ORDER AUTHORIZING DISCLOSURE OF THIRD-PARTY STUDENT EVALUATIONS - 1

November 14, 2025. (*Id.*) Plaintiff was instructed to file any reply to the objections by November 21, 2025. (*Id.*)

Defendants provided the Court with notice of service to third-party individuals on October 21, 2025 (Dkt. No. 45) and submitted notice of third-party student objections on November 14, 2025 (Dkt. Nos. 46, 47.) Seven students responded; five of whom objected.[1] As noted by counsel for Defendant, "[t]he responses and objections generally did not provide sufficient information to identify which response is their response as required by the Order on Accessing Educational Records." (Dkt. No. 48 at 2.)

Accordingly, the Court authorizes the disclosure of the following from Professor Harner's Spring 2023 Cultural Diversity and Social Justice (TWOCWF 404 course): (1) handwritten "Mid Quarter Check In" responses, (2) typed copies of handwritten "Mid Quarter Check In" responses, and (3) course summary reports including both numeric and narrative responses with the following instructions:

1. Student names shall be redacted.
2. All records shall be labeled and treated by the parties as "Confidential" under the Protective Order entered by the Court (Dkt. No. 29).
3. Defense Counsel is directed to send a copy of this Order to all students who respond to the Court's prior Order on Accessing Education Records.

Dated this 25th day of November, 2025.

---

[1] Two of the five objecting students replied after the November 10, 2025 deadline. Their objections are identical or nearly identical to the language of one of the prior timely objections.

ORDER AUTHORIZING DISCLOSURE OF THIRD-PARTY STUDENT EVALUATIONS - 2

                                        David G. Estudillo
                                        United States District Judge

ORDER AUTHORIZING DISCLOSURE OF THIRD-PARTY STUDENT EVALUATIONS - 3