UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:25-cv-05079-DGE<br><br>ORDER ON PLAINTIFF'S AMENDED AND SECOND AMENDED COMPLAINTS (DKT. NOS. 55, 56) |

　　　　This matter comes before the Court on its own review of the record. Plaintiff initially filed a complaint asserting ten causes of action in state court; on February 3, 2025, the case was transferred to this Court. (Dkt. No. 1). Defendants moved to dismiss all but Plaintiff's cause of action for retaliation under the First Amendment. (Dkt. No. 12.) On August 11, 2025, the Court granted Defendants' motion. (Dkt. No. 31.) Plaintiff then moved to amend her complaint by re-asserting the ten initial causes of action with certain new facts and adding causes of action for negligent supervision and breach of contract. (Dkt. No. 34.) On November 17, 2025, the Court granted Plaintiff's motion for leave to amend her complaint in part, granting her until December

1, 2025 to file an amended complaint limited only to her claims for retaliation under the First Amendment, tortious interference with a contractual relationship or business expectancy, and breach of contract. (Dkt. No. 49.) On December 1, 2025, Plaintiff filed an amended complaint asserting eleven causes of action. (Dkt. No. 55.) Then, on December 2, 2025, Plaintiff filed a second amended complaint asserting only claims for retaliation under the First Amendment, tortious interference with contract and business expectancies, and breach of contract. (Dkt. No. 56.)

While Plaintiff's second amended complaint was filed after the Court's December 1, 2025 deadline and the Court's order did not grant Plaintiff leave to file multiple amended complaints, it appears Plaintiff intended to make the second amended complaint (Dkt. No. 56) the operative complaint in this matter. Accordingly, in the interest of judicial efficiency, the Court finds and ORDERS that Plaintiff's second amended complaint (Dkt. No. 56) is the operative complaint in this matter.

Dated this 3rd day of December, 2025.

David G. Estudillo
United States District Judge