UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>                Plaintiff,<br>   v.<br><br>UNIVERSITY OF WASHINGTON TACOMA et al.,<br><br>                Defendants. | CASE NO. 3:25-cv-05079-DGE<br><br>ORDER ON THE PARTIES' JOINT DISCOVERY DISPUTE STATEMENT (DKT. NO. 58) |

This matter comes before the Court on the Parties' joint discovery dispute statement regarding disclosure of Dr. Pratt's records (Dkt. No. 58). The Court held a hearing on December 18, 2025. Counsel for Plaintiff identified Dr. Pratt as being a treating provider who, while seen with the intent to "evaluat[e] [Plaintiff's] symptoms in support of" certain claims (*id*. at 2), was not retained by counsel for litigation purposes. Accordingly, pursuant to the Court's oral ruling, the Court finds and ORDERS that:

1. Work product protection does not apply. Dr. Pratt interacted with Plaintiff for the purpose of providing Plaintiff treatment and did not agree to assist Plaintiff with

ORDER ON THE PARTIES' JOINT DISCOVERY DISPUTE STATEMENT (DKT. NO. 58) - 1

litigation. Plaintiff's counsel acknowledged Plaintiff engaged Dr. Pratt in a quasi-relationship in between being a treating provider and possibly an expert witness. Accordingly, records from Dr. Pratt cannot "be fairly said to have been prepared or obtained because of the prospect of litigation." *In re Grand Jury Subpoena (Mark Torf)*, 357 F.3d 900, 907 (9th Cir. 2004).

2. Plaintiff is alleging more than "garden variety" emotional distress damages. Because Plaintiff is alleging more than garden variety emotional distress damages, any psychotherapist-patient privilege between Plaintiff and Dr. Pratt is waived. *See Carrig v. Kellogg USA, Inc.*, No. C12-837RSM, 2013 WL 392715, at *2–3 (W.D. Wash. Jan. 30, 2013).

3. Records from Dr. Pratt are relevant and proportional. Dr. Pratt shall promptly produce all responsive records.

4. A corresponding order directed to Dr. Pratt will be issued upon presentment by Defendants.

Dated this 18th day of December, 2025.

David G. Estudillo
United States District Judge