UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAUDIA ARIAS, an individual,

        Plaintiff,

v.

STATE OF WASHINGTON – UNIVERSITY OF WASHINGTON TACOMA ("UWT"), a state educational institute; VERN HARNER, officially and individually; CLAUDIA SELLMAIER, officially and individually; ANDREA HILL, officially and individually; KEVA MILLER, officially and individually; and ELAVIE NDURA, officially and individually,

        Defendants.

CASE NO. 3:25-cv-05079-DGE

**ORDER REQUIRING THE PRODCTION OF DR. DANIEL PRATT'S RECORDS**

THIS MATTER, having come before the Court on the Joint Discovery Statement Concerning the Production of Records of Dr. Daniel Pratt (Dkt. No. 58), and the Court having conducted a hearing and heard argument of counsel on December 18, 2025, the Court hereby FINDS as follows:

Dr. Daniel Pratt was engaged by Plaintiff Claudia Arias both to serve as a treating provider and to potentially provide testimony in support of her claims for emotional distress damages. As Dr. Pratt was engaged at least in part as a treating provider, his records are not shielded by the work product doctrine.

ORDER REQUIRING THE PRODCTION OF DR. DANIEL
PRATT'S RECORDS - 1
CASE NO. 3:25-cv-05079-DGE

Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

1    Plaintiff is seeking non-garden variety emotional distress damages in this case, including for
2  alleged severe emotional distress.  Accordingly, Plaintiff has waived any privileges otherwise
3  applicable to the records of Dr. Pratt.  Dr. Pratt's records are also relevant to Plaintiff's claims and
4  alleged damages and are therefore discoverable.
5    Accordingly, the Court hereby GRANTS the relief Defendants seek, and HEREBY
6  ORDERS that Dr. Daniel Pratt, by January 16, 2026, produce to Defendants' counsel and to
7  Plaintiff's counsel all records responsive to the July 20, 2025 subpoena previously served on him.

9    IT IS HEREBY ORDERED.
10   DATED this 19th day of December, 2025.

David G. Estudillo
United States District Judge

ORDER REQUIRING THE PRODCTION OF DR. DANIEL
PRATT'S RECORDS - 2
CASE NO. 3:25-cv-05079-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

Presented by:

SUMMIT LAW GROUP, PLLC
Attorneys for University of Washington Tacoma,
Vern Harner, Claudia Sellmaier,
Andrea Hill, and Keva Miller

By *s/ Seth J. Berntsen*
    Seth J. Berntsen, WSBA No. 30379
    Rebecca R. Singleton, WSBA No. 57719
    *sethb@summitlaw.com*
    *rebeccas@summitlaw.com*

ORDER REQUIRING THE PRODCTION OF DR. DANIEL PRATT'S RECORDS - 3
CASE NO. 3:25-cv-05079-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001