UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAUDIA ARIAS,

Plaintiff,

v.

UNIVERSITY OF WASHINGTON
TACOMA et al.,

Defendants.

CASE NO. 3:25-cv-05079-DGE

MINUTE ORDER DENYING
PLAINTIFF'S MOTION FOR
EXTENSION OF TIME (DKT. NO.
69)

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On February 4, 2026, the Court held a status hearing where, among other matters, it heard argument on Plaintiff's motion for an extension of discovery. (Dkt. No. 69.) Plaintiff's motion did not clearly identify the discovery that remains outstanding. At the hearing, the Court sought to identify what discovery remained to be accomplished. Based on the discussion during the hearing, two outstanding discovery issues were identified. First, the Parties identified 69 pages of discovery produced by Defendants on the eve of the discovery cutoff. Pursuant to the Court's

MINUTE ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 69) - 1

oral ruling, Plaintiff is ORDERED to review these documents immediately.  If Plaintiff identifies a need to conduct follow-up discovery related to those documents, Plaintiff and Defendant SHALL meet and confer to discuss resolution of any discovery related to those documents.  If the Parties cannot resolve the issue through a meet and confer, they may file a joint status report and schedule a hearing with the Court.

Second, the Parties identified three outstanding 30(b)(6) subjects that will be responded to through requests for admission and/or written deposition.  Plaintiff has not yet sent out those discovery requests.  Pursuant to the Court's oral ruling, Plaintiff is ORDERED to send Defendants discovery requests on these three subjects as soon as possible and no later than **Friday, February 6**.  Upon receiving the discovery requests, Defendants are ORDERED to respond in good faith as completely and accurately as possible.  Plaintiff also requested broad discretion to raise future discovery disputes based on Defendants' responses.  The Court DENIED such request.

For the reasons discussed during the hearing, and with the exception of the two items identified above, the Court did not find good cause to extend the discovery deadline.  Accordingly, other than to permit the above discovery, Plaintiff's motion to extend discovery (Dkt. No. 69) is DENIED.

Dated this 4th day of February, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 69) - 2