UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAUDIA ARIAS,

                        Plaintiff,

            v.

UNIVERSITY OF WASHINGTON
TACOMA et al.,

                        Defendants.

CASE NO. 3:25-cv-05079-DGE

MINUTE ORDER REQUESTING
ADDITIONAL BRIEFING

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of Defendants' reply in support of Defendants' motion for summary judgment. (Dkt. No. 112.) Included in this reply is a motion to strike Plaintiff's entire response to Defendants' motion for summary judgment (Dkt. No. 111) or, if not the entire response, (1) exhibits 45 and 54 of the declaration of Joan Mell (Dkt. No. 105), (2) portions of the declaration of Claudia Arias (Dkt. No. 102), (3) the declaration of Elijah Visintainer (Dkt. No. 100), and (4) the declaration of Amie Ichikawa (Dkt. No. 106). (*Id*. at 5–6.)

MINUTE ORDER REQUESTING ADDITIONAL BRIEFING - 1

The Court directs Plaintiff to submit a response to this motion to strike no later than **Tuesday, April 7, 2026.**  Plaintiff's response shall be no longer than **five (5) pages**.  Plaintiff may not respond to any argument made by Defendants other than the arguments raised in their motion to strike.  The Clerk is directed to calendar this event.

Dated this 31st day of March, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER REQUESTING ADDITIONAL BRIEFING - 2