UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA ARIAS, | CASE NO. 3:25-cv-05079-DGE |
| Plaintiff, | MINUTE ORDER REQUESTING ADDITIONAL BRIEFING |
| v. | |
| UNIVERSITY OF WASHINGTON TACOMA et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On March 31, 2026, Plaintiff filed a notice of supplemental authority in this case pursuant to Local Civil Rule 7(n). (Dkt. No. 115.) Plaintiff identified an order for publication filed on March 31, 2026, by the Supreme Court of the United States in *Chiles v. Salazar*, Case No. 24-539 (March 31, 2026). (*Id.* at 1.) A copy of the Supreme Court's opinion was attached to Plaintiff's filing. (*See* Dkt. No. 115 at 4–69.)

MINUTE ORDER REQUESTING ADDITIONAL BRIEFING - 1

The Court therefore ORDERS the Parties to submit supplemental briefing of **no more than five pages** each on or before **Wednesday, April 8, 2026**, regarding the impact of *Chiles v. Salazar* on the pending motion for summary judgment.

Dated this 1st day of April, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER REQUESTING ADDITIONAL BRIEFING - 2