UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLAUDIA ARIAS,<br><br>      Plaintiff - Appellee,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON TACOMA, a state educational institute also known as ("UWT"); et al.,<br><br>      Defendants - Appellants. | No. 26-3195<br><br>D.C. No.<br>3:25-cv-05079-DGE<br>Western District of Washington, Tacoma<br><br>ORDER |
| CLAUDIA ARIAS,<br><br>      Plaintiff - Appellant,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON TACOMA; et al.,<br><br>      Defendants - Appellees. | No. 26-3353<br>D.C. No.<br>3:25-cv-05079-DGE<br>Western District of Washington, Tacoma |

The motion (Docket Entry No. 11) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

These appeals are dismissed.

This order serves as the mandate of the court.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT